*Laird* v. *Carton,* 196 N. Y. 169.) Since it creates no new obligation or duty, as distinguished from a mere remedy, it does not impair the obligation of a contract within the purview of the provisions of the Federal and State Constitutions. (*Preston Co.* v. *Funkhouser,* 261 N. Y. 140, affd. 290 U. S. 163.) In view of the mandatory provisions of the section in question, hardship is no defense to the payment of interest by the city on its indebtedness to petitioner. The mandate of the Constitution must be obeyed. (*Judd* v. *Board of Education,* 278 N. Y. 200; *State ex rel. Dos Amigos, Inc.,* v. *Lehman,* 100 Fla. 1313.) Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur. Settle order on notice. [178 Misc. 29.]

JOHN R. VUNK et al., Copartners, Practicing Law under the Name of VUNK & CARLETON, Appellants, v. NORMAN W. ROE, Respondent.—

That the sum of $40,000 was allowed pursuant to order of the Surrogate's Court of Suffolk County is conceded and is a matter of public record; and it is undisputed that such sum was actually received by plaintiffs. There is no need for an examination to establish such facts. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

In the Matter of HAZEL MULLER, an Alleged Incompetent Person. MARIE KATZ et al., Appellants; MAY STEERS et al., as Committee of HAZEL MULLER, et al., Respondents.—

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

### (February 2, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CATHERINE VOLPE, Appellant, against SUPERINTENDENT OF THE HOUSE FOR THE DETENTION OF WOMEN, Respondent.—

Hagarty, Johnston, Adel, Taylor and Lewis, JJ., concur.

### (February 4, 1943.)

In the Matter of the Application of ANNA ZWEIGHAFT, Appellant, to remove to the Supreme Court of the State of New York in and for the County of Kings the Proceedings Now Pending in the Municipal Court of the City of New York, Borough of Brooklyn, Eighth District, entitled "Sidney Lang and Minnie Weingarten, % Israel Harkavy, 50 Court Street, Brooklyn, New York, landlords, v. Byway Bakery, Inc., Benjamin Finkel, as Trustee in Bankruptcy

of Byway Bakery, Inc., and Max Epstein, 1916 Kings Highway, Brooklyn, New York, tenants; Lillian Schimmel, Anna Zweighaft and Peter Spalino, undertenants." SIDNEY LANG et al., Respondents.—

Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.

## (February 8, 1943.)

AMELIA BILDZUKEWICZ, Appellant, v. WITOLD BILDZUKEWICZ, Respondent.— Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

HARELAINE REALTY CORPORATION, Respondent, v. ANNENBERG MARBLE AND TERRAZZO CORPORATION, Appellant.— Present — Close, P. J., Carswell, Johnston and Taylor, JJ.; Lewis, J., not voting.

LOUIS HOFFERMAN, Respondent, v. MAURICE SIMMONS, as Property Clerk of the Police Department of the City of New York, Appellant. [See 264 App. Div. 884; 264 App. Div. 955; 265 App. Div. 1002.] Present — Close, P. J., Carswell, Johnston and Taylor, JJ.; Lewis, J., not voting.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Opening and Extending of Circumferential Parkway, Borough of Brooklyn. BARTHOLDI TURECAMO et al., Appellants.— Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

In the Matter of JOROCO SILK CORPORATION, Petitioner, against ALGERON I. NOVA et al., Respondents.— Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

In the Matter of JOSEPH MARGOLIN (Admitted as JOSEPH B. MARGOLIN), an Attorney, Respondent.—